NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JERRIDENE H. MOORE,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3089

---

Petition for review of the Merit Systems Protection Board in No. AT-0752-11-0881-I-1.

---

**ON MOTION**

---

**O R D E R**

Jerridene H. Moore moves for leave to proceed in forma pauperis. The Social Security Administration moves to recaption this matter to designate the Merit Systems Protection Board (Board) as the respondent, and for an extension of time for the Board to file its brief.

Accordingly,

IT IS ORDERED THAT:

2                              MOORE v. MSPB

(1)  The motion for leave to proceed in forma pauperis is granted.

(2)  The motion to recaption is granted.  The revised official caption is reflected above.

(3)  The motion for an extension of time is granted. The Board shall file its response brief within 21 days of the date of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24